1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   COREY D. DUNN,

11             Petitioner,                    No. CIV S-06-1659 MCE PAN P

12        vs.

13   USA, et al.,

14             Respondents.              ORDER

15   _____/

16             Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

18             Since petitioner may be entitled to the requested relief if the claimed violation of

19   constitutional rights is proved, respondents will be directed to file a response to petitioner's

20   application.

21             In accordance with the above, IT IS HEREBY ORDERED that:

22             1. Respondents are directed to file an answer within forty-five days from the date

23   of this order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with

24   the answer any and all transcripts or other documents relevant to the determination of the issues

25   presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

26   /////

1

1         2.  Petitioner's traverse, if any, is due on or before thirty days from the date

2 respondents' answer is filed;

3         3.  The Clerk of the Court shall serve a copy of this order together with a copy of

4 petitioner's application for writ of habeas corpus on Stan Cross, Acting Senior Assistant Attorney

5 General.

6 DATED: August 21, 2006.

7

8                                    UNITED STATES MAGISTRATE JUDGE

9

10   14/bb

      dunn1659.100f

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26