IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COREY D. DUNN,

        Plaintiff,                  No. CIV S-06-1659 MCE EFB P

    vs.

USA, et al.,

        Respondents.        <u>ORDER</u>

        Petitioner, an individual in state custody who is awaiting trial on federal criminal charges pending in this court in Case No. 05-0453 WBS[1], has filed an application for habeas corpus relief on a California state court form application for a writ of habeas corpus.

        By court order filed August 29, 2006, the court vacated a previous order directing respondents to file an answer. Therefore, respondents' September 26, 2006, motion to discharge the order to answer will be denied as moot.

        Also by court order filed August 29, 2006, the court ordered the Order and Findings and Recommendations set forth therein to be served on petitioner at San Quentin State

---

[1] A court may take judicial notice of court records. *See MGIC Indem. Co. v. Weisman*, 803 F.2d 500, 505 (9th Cir. 1986); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).

1

1 Prison, as it appeared to the court from records in petitioner's federal criminal case that
2 petitioner had been returned to that prison. That mail was returned as undeliverable. Good
3 cause appearing, the Clerk of the Court will be directed to re-serve the court's Order and
4 Findings and Recommendations on petitioner at his address of record.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent's September 26, 2006, motion to discharge order to answer is denied as moot.

2. The Clerk of the Court shall reserve the court's Order and Findings and Recommendations filed August 29, 2006, on petitioner at his address of record.

Dated: November 13, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2