IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY D. DUNN, | No. 2:06-cv-1659-MCE-EFB-P |
| Petitioner, | |
| v. | ORDER |
| USA, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On August 29, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.

///
///
///
///

Although the findings and recommendations were reserved on petitioner on December 1, 2006, petitioner has not filed objections to the findings and recommendations.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 29, 2006, are adopted in full; and

2. This action is dismissed without prejudice.

Dated: March 21, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] On October 25, 2006, petitioner filed an amended petition raising identical claims to those addressed in the magistrate judge's August 29, 2006 findings and recommendations.